IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| 1. CITIZEN POTAWATOMI COMMUNITY DEVELOPMENT CORPORATION,<br><br>    Plaintiff(s),<br><br>v.<br><br>1. NATHAN O. BEAUCHAMP;<br>2. ADA OUTDOORS, LLC., an Oklahoma limited liability company;<br>3. SHAWNEE OUTDOORS, LLC, an Oklahoma limited liability company;<br>4. BOARD OF COUNTY COMMISSIONERS OF PONTATOC COUNTY;<br>5. TREASURER OF PONTOTOC COUNTY;<br>6. CAPITOL SERVICES, LLC, an Oklahoma corporation;<br>7. CATERPILLAR FINANCIAL SERVICES CORPORATION, a foreign corporation;<br>8. CITIZENS BANK OF ADA, an Oklahoma banking corporation;<br>9. CORPORATION SERVICE COMPANY, a foreign corporation;<br>10. FIRST UNITED BANK AND TRUST CO., an Oklahoma banking corporation;<br>11. HUNTINGTON DISTRIBUTION FINANCE, a foreign corporation;<br>12. MAGOO FINANCIAL, a foreign corporation;<br>13. OKLAHOMA HERITAGE BANK, an Oklahoma banking corporation;<br>14. TCF INVENTORY FINANCE, a foreign corporation;<br>15. THE UNITED STATES SMALL BUSINESS ADMIINSTRATION,<br><br>    Defendant(s). | Case No. CIV-24-662-JD |

# NOTICE OF REMOVAL TO THE
# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

TO THE HONORABLE JUDGES OF THE UNITED STATES
DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA:

Assistant United States Attorney Kay Sewell respectfully represents the following:

1. U.S. Small Business Administration (hereinafter "SBA") is a United States Government Agency named as an entity that may be entitled to recovery in this foreclosure action. This notice of removal involves a civil action pending in the District Court of Oklahoma County, State of Oklahoma styled *Citizen Potawatomi Community Development Corporation v. Nathan O. Beauchamp, et al.*; Case No. CJ-2024-141. No trial has occurred in this matter. Pursuant to 28 U.S.C. §§ 1442, 1446 and Local Civil Rule 81.2, attached are copies of all process, pleadings, and orders served upon the United States Attorney's Office for the Western District of Oklahoma in this action. (*See* Ex. 1 (Summons); Ex. 2 (Petition); and Ex. 3 (Copy of OSCN Docket Sheet from Pottawatomie County)).

2. The Petition filed in this action asserts the Defendant Nathan O. Beauchamp, in his personal capacity and as a member of the limited liability companies named as Defendants, made, executed and delivered to Plaintiff certain Promissory Notes and Real Estate Mortgages as described in the Petition (Exh. 2, Petition).

3. Defendant Beauchamp and the limited liability companies have defaulted on said notes and mortgages.

4. SBA's claim in this matter is considered to be secured and entitled to priority distribution.

5.	This action is removable to this Court pursuant to 28 U.S.C. § 1442(a)(1) because the lawsuit involves a claim by U.S. Small Business Administration, an agency of the United States. Pursuant to the provisions of 28 U.S.C. § 1442(a)(1), the United States gives notice that the above-referenced action, now pending in the District Court of Pottawatomie County, State of Oklahoma, is hereby removed to this Court.

DATED this 28th day of June, 2024.

>ROBERT J. TROESTER
>United States Attorney
>
>*s/ KAY SEWELL*
>Kay Sewell, OBA #10778
>Assistant U.S. Attorney
>United States Attorney's Office
>Western District of Oklahoma
>210 Park Avenue, Suite 400
>Oklahoma City, OK 73102
>(405) 553-8707   (Fax) (405) 553-8885
>Email: kay.sewell@usdoj.gov

## CERTIFICATE OF SERVICE

x    I hereby certify that on June 28, 2024, this document was submitted as an initiating document pursuant to ECF Policies & Procedures Manual, § II.A.2., to the following email new cases email address: newcases@okwd.uscourts.gov and that all initiating documents are attached as separate pdf files.

x    I hereby certify that on June 28, 2024, I served the attached Notice of Removal by U.S. Mail on the following counsel:

Stephen O. Layman
*Mid-Continent Tower*
*401 South Boston Ave, Suite 500*
*Tulsa, OK   74103*
*steve@laymanmorris.com*
*Counsel of Record for Defendant Nathan O. Beachamp*

George Wright
1601 Gordon Cooper Drive
Shawnee, OK   74801
George.wright@potawatomi.org
*Attorney for Plaintiff*

| | |
|---|---|
| Jason Sansone<br>Lyndon W. Whitmire<br>Corporate Tower, Thirteenth Floor<br>Oklahoma City, OK 73102<br>*Attorney for Defendant, Heritage Bank* | Jack Cadenhead<br>The Cadenhead Law Firm, P.C.<br>P.O. Box 2067<br>Seminole, OK  74818-2067<br>*Attorney for Defendant, Citizens Bank of Ada.* |
| Jerome S. Sepkowitz<br>Derryberry & Naifeh, LLP<br>4800 North Lincoln Blvd.<br>Oklahoma City, OK 73105<br>*Attorney for Defendant, Caterpillar Financial Services Corporation.* | Sarah Marshall, Meredith Dibert Lindaman and Hugh M. Robert<br>Bank of America Center<br>15 W. 6th Street, Ste. 2800<br>Tulsa, OK  74119<br>sarah@smr-law.com<br>*Attorney for Defendant, Nathan O. Beauchamp, Ada Outdoors, LLC and Shawnee Outdoors, LLC.* |
| The Board of County Commissioners of Pontotoc County<br>100 W. 13th<br>Ada, OK 74820 | Corporation Service Company<br>c/o United States Corporation Company<br>10300 Greenbriar Place<br>Oklahoma City, OK  73159 |
| Corporation Service Company<br>c/o United States Corporation Company<br>801 Adlai Stevenson Drive<br>Springfield, IL 62703 | First United Bank and Trust Co.<br>c/o Spend Life Wisely Company, Inc.<br>1400W. Main<br>Durant, OK 74701 |
| Huntington Distribution Finance<br>c/o CT Corporation System<br>1833 South Morgan Road<br>Oklahoma City, OK 73128 | Magoo Financial<br>13943 Irvine Blvd, #85<br>Irvine, CA 92602 |
| Oklahoma Heritage Bank<br>c/o R. Darryl Fisher<br>515 S. Hickory<br>Roff, OK 74865 | Paula Hall, Treasurer of Pontotoc County<br>100 W 13th<br>Ada, Oklahoma 74820 |
| TCF Inventory Finance<br>c/o CT Corporation System<br>1833 South Morgan Road<br>Oklahoma City, OK 73128 | |

*s/ Kay Sewell*
Assistant U.S. Attorney

**Exhibits:**

Exhibit 1 - State Court Summons (Pottawatomie County)

Exhibit 2 - Petition (Pottawatomie County)

Exhibit 3 - Pottawatomie County OSCN Docket Sheet for CJ-2024-141