# IN THE DISTRICT COURT OF POTTAWATOMIE COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| CITIZEN POTAWATOMI COMMUNITY COMMUNITY DEVELOPMENT CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>NATHAN O. BEAUCHAMP;<br>ADA OUTDOORS, LLC, an Oklahoma limited liability company;<br>SHAWNEE OUTDOORS, LLC, an Oklahoma limited liability company; *et al.*<br><br>Defendants. | CJ-2024-141 |

### SUMMONS

To the above-named Defendant:   Robert J. Troester, U.S. Attorney
U.S. Attorney's Office
210 Park Ave, Suite 400
Oklahoma City, OK 73102

You have been sued by the above-named Plaintiff, and you are directed to file a written answer to the attached Petition in the Court at the above address within sixty (60) days after service of this summons upon you, exclusive of the day of service. Within the same time, a copy of your answer must be delivered or mailed to the attorney for the Plaintiff. Unless you answer the petition within the time stated, judgment will be rendered against you with costs of the action.

Issued June 3, 2024.

(Seal)

Valerie Ueltzen, Court Clerk

By: _____
Deputy

Attorneys for Plaintiff:
George Wright, OBA #21873
1601 Gordon Cooper Drive
Shawnee, OK 74801
(405) 275-3121
george.wright@potawatomi.org

This Summons was served by certified mail on _____, 2024.

**EXHIBIT 1**