

The information on this page is NOT an official record. Do not rely on the correctness or completeness of this information. Verify all information with the official record keeper. The information contained in this report is provided in compliance with the Oklahoma Open Records Act, 51 O.S. 24A.1. Use of this information is governed by this act, as well as other applicable state and federal laws.

### IN THE DISTRICT COURT IN AND FOR <u>POTTAWATOMIE COUNTY</u>, OKLAHOMA

| | |
|---|---|
| CITIZEN POTTAWATOMIE COMMUNITY DEVELOPMENT CORPORATION VS. BEAUCHAMP, NATHANIEL OTIS et al | No. CJ-2024-00141<br>(Civil relief more than $10,000: MONEY JUDGMENT ($10,000.00 AND OVER))<br><br>Filed: 04/11/2024<br><br><br>Judge: CANAVAN, JOHN G. JR. |

# PARTIES

CITIZEN POTTAWATOMIE COMMUNITY DEVELOPMENT CORPORATION, Plaintiff
HUNTINGTON DISTRIBUTION FINANCE, Defendant
ADA OUTDOORS, LLC AN OKLAHOMA LIMITED LIABILITY COMPANY, Defendant
THE UNITED STATES SMALL BUSINESS ADMINISTRATION, Defendant
CITIZENS BANK OF ADA, Defendant
CORPORATION SERVICE COMPANY, Defendant
TREASURER OF PONTOTOC COUNTY, Defendant
BEAUCHAMP, NATHANIEL OTIS, Defendant
MAGOO FINANCIAL, Defendant
CATERPILLAR FINANCIAL SERVICES, Defendant
TCF INVENTORY FINANCE, Defendant
BOARD OF COUNTY COMMISSIONERS OF PONTOTOC COUNTY, Defendant
CAPITOL SERVICES, LLC AN OKLAHOMA CORPORATION, Defendant
SHAWNEE OUTDOORS, LLC, AN OKLAHOMA LIMITED LIABILITY COMPANY, Defendant
FIRST UNITED BANK AND TRUST CO, Defendant

**EXHIBIT 3**

# ATTORNEYS

| Attorney | Represented Parties |
|---|---|
| WRIGHT, GEORGE<br>1601 GORDON COOPER DRIVE<br>SHAWNEE, OK 74801 | |
| SANSONE, JASON A.<br>CORPORATE TOWER THIRTEENTH FLOOR<br>OKLAHOMA CITY, OK 73102 | |
| LINDAMAN, MEREDITH DIBERT<br>15 W 6TH STREET STE 2800<br>TULSA, OK 74119 | |
| SEPKOWITZ, JEROME S.<br>4800 NORTH LINCOLN BLVD<br>OKLAHOMA CITY, OK 73105 | |
| MARSHALL, SARAH<br>15 W 6TH STREET STE 2800<br>TULSA, OK 74119 | |
| ROBERT, HUGH M<br>15 W. 6TH STREET ST 2800<br>TULSA, OK 74119 | |
| LAYMAN, STEPHEN G.<br>401 SOUTH BOSTON ABE STE 500<br>TULSA, OK 74103 | |
| WHITMIRE, LYNDON W<br>CORPORATE TOWER, THIRTEENTH FLOOR<br>101 NORTH ROBINSON<br>OKLAHOMA CITY, OK 73102 | |

**EXHIBIT 3**

## EVENTS

None

## ISSUES

1. MONEY JUDGMENT ($10,000.00 AND OVER)

## DOCKET

| Date | Code | Description | | |
|---|---|---|---|---|
| 04/11/2024 | [ TEXT ] | FILE PETITION (OVER $10,000.) Document Available (#1073453397) TIFF PDF | #1 | $ 163.00 |
| | | (Entry with fee only) | #1 | $ 6.00 |
| | | (Entry with fee only) | #1 | $ 7.00 |
| | | OKLAHOMA COURT INFORMATION SYSTEM FEE - EFFECTIVE 07/01/04 | #1 | $ 25.00 |
| | | LENGTHY TRIAL FUND | #1 | $ 10.00 |
| | | OK COURT APPOINTED SPECIAL ADVOCATES | #1 | $ 5.00 |
| | | 10% OF CASA TO COURT CLERK REVOLVING FUND | #1 | $ 0.50 |
| | | OK COUNCIL ON JUDICIAL COMPLAINTS REVOLVING FUND | #1 | $ 1.55 |
| | | 10% OF COJC TO COURT CLERK REVOLVING FUND | #1 | $ 0.16 |
| | | STATE JUDICIAL REV. FUND INTERPRETER & TRANSLATOR SERVICES | #1 | $ 0.45 |
| | | COURTHOUSE SECURITY FEE | #1 | $ 10.00 |
| | | 10% OF CHSC TO COURT CLERK REVOLVING FUND | #1 | $ 1.00 |
| | | 15% TO DISTRICT COURT REVOLVING FUND | #1 | $ 2.48 |
| | | COURT CLERK PRESERVATION FUND | #1 | $ 10.00 |
| 04/11/2024 | [ TEXT ] | ISSUE SUMMONS | | $ 160.00 |

**EXHIBIT 3**

| Date | Type | Description | Amount |
|---|---|---|---|
| 04/11/2024 | [ TEXT ] | AJE: COST DUE TO CARD ALLOCATION FEE | $ 10.06 |
| 04/11/2024 | [ TEXT ] | AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED | $ -8.08 |
| 04/11/2024 | [ TEXT ] | AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED | $ -0.04 |
| 04/11/2024 | [ TEXT ] | AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED | $ -0.63 |
| 04/11/2024 | [ TEXT ] | AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED | $ -0.25 |
| 04/11/2024 | [ TEXT ] | AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED | $ -0.06 |
| 04/11/2024 | [ TEXT ] | AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED | $ -0.15 |
| 04/11/2024 | [ TEXT ] | AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED | $ -0.18 |
| 04/11/2024 | [ TEXT ] | AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED | $ -0.25 |
| 04/11/2024 | [ TEXT ] | AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED | $ -0.13 |
| 04/11/2024 | [ TEXT ] | AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED | $ -0.03 |
| 04/11/2024 | [ TEXT ] | AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED | $ -0.01 |
| 04/11/2024 | [ TEXT ] | AJE: MONIES DUE THE FOLLOWING AGENCY(IES) REDUCED | $ -0.25 |
| 04/11/2024 | [ TEXT ] | FILE ENTRY OF APPEARANCE- GEORGE WRIGHT  Document Available (#1073452984) TIFF  PDF | |

**EXHIBIT 3**

| Date | Type | Description | Amount |
|---|---|---|---|
| 04/26/2024 | [ TEXT ] | FILE PARTIAL DISMISSAL WITHOUT PREJUDICE<br>Document Available (#1075803760) TIFF PDF | |
| 04/30/2024 | [ TEXT ] | FILE AFFIDAVIT OF MAILING AND AFFIDAVIT OF PROOF OF SERVICE OF PROCESS<br>Document Available (#1075856495) TIFF PDF | |
| 04/30/2024 | [ TEXT ] | FILE PROOF OF SERVICE- NATHANIEL<br>Document Available (#1075856486) TIFF PDF | |
| 04/30/2024 | [ TEXT ] | FILE PROOF OF SERVICE- SHAWNEE OUTDOORS LLC<br>Document Available (#1075856575) TIFF PDF | |
| 04/30/2024 | [ TEXT ] | FILE PROOF OF SERVICE- NATHANIEL (AND DEFENDANTS)<br>Document Available (#1075856560) TIFF PDF | |
| 04/30/2024 | [ TEXT ] | FILE PROOF OF SERVICE- ADA OUTDOORS LLC<br>Document Available (#1075856516) TIFF PDF | |
| 05/03/2024 | [ TEXT ] | FILE AFFIDAVIT OF MAILING AND AFFIDAVIT OF PROOF OF SERVICE OF PROCESS<br>Document Available (#1075864570) TIFF PDF | |
| 05/13/2024 | [ TEXT ] | FILE ENTRY OF APPEARANCE BY CITIZENS BANK OF ADA AND RESERVATION OF TIME TO PLEAD<br>Document Available (#1077194391) TIFF PDF | |
| 05/15/2024 | [ TEXT ] | ISSUE SUMMONS | $ 10.00 |
| 05/23/2024 | [ TEXT ] | FILE ENTRY OF APPEARANCE AND RESERVATION OF TIME- JEROME S. SEPKOWITZ<br>Document Available (#1078814232) TIFF PDF | |
| 05/28/2024 | [ TEXT ] | FILE ENTRY OF APPEARANCE- SARAH MARSHALL ON BEHALF OF NATHAN O. BEAUCHAMP, ADA OUTDOORS, LLC, AND SHAWNEE OUTDOORS LLC<br>Document Available (#1079047292) TIFF PDF | |

**EXHIBIT 3**

| | | |
|---|---|---|
| **05/28/2024** | **[ TEXT ]** | |

FILE ENTRY OF APPEARANCE- MEREDITH DIBERT LINDAMAN ON BEHALF OF NATHAN O. BEAUCHAMP, ADA OUTDOORS, LLC AND SHAWNEE OUTDOORS, LLC

Document Available (#1079047353)  TIFF  PDF

**05/28/2024** **[ TEXT ]**

FILE ENTRY OF APPEARANCE- HUGH M. ROBERT ON BEHALF OF NATHAN O. BEAUCHAMP, ADA OUTDOORS LLC, AND SHAWNEE OUTDOORS LLC

Document Available (#1079047859)  TIFF  PDF

**05/28/2024** **[ TEXT ]**

FILE ENTRY OF APPEARANCE- STEPHEN G. LAYMAN ON BEHALF OF NATHAN O. BEAUCHAMP, ADA OUTDOORS LLC, AND SHAWNEE OUTDOORS LLC

Document Available (#1079047847)  TIFF  PDF

**05/28/2024** **[ TEXT ]**

FILE ANSWER

Document Available (#1079048108)  TIFF  PDF

**05/28/2024** **[ TEXT ]**

FILE ANSWER AND CROSS-CLAIM OF DEFENDANT, CITIZENS BANK OF ADA

Document Available (#1079048142)  TIFF  PDF

**05/28/2024** **[ TEXT ]**

FILE AFFIDABIT OF MAILING AND AFFIDAVIT OF PROOF OF SERVICE

Document Available (#1079049606)  TIFF  PDF

**05/30/2024** **[ TEXT ]**

FILE ENTRY OF APPEARANCE- LYNDON W. WHITMIRE & JASON A. SANSONE ON BEHALF OF HERITAGE BANK

Document Available (#1079067888)  TIFF  PDF

**05/30/2024** **[ TEXT ]**

FILE ANSWER OF DEFENDANT OKLAHOMA HERITAGE BANK

Document Available (#1079068772)  TIFF  PDF

**06/03/2024** **[ TEXT ]**   $ 30.00

ISSUE SUMMONS

**06/10/2024** **[ TEXT ]**

FILE SPECIAL ENTRY OF APPEARANCE AND RESERVATION OF ADDITIONAL TIME TO ANSWER

Document Available (#1079210564)  TIFF  PDF

**EXHIBIT 3**

**06/13/2024   [ TEXT ]**

FILE ANSWER OF CATERPILLAR FINANCIAL SERVICES CORPORATION

Document Available (#1079239591)  TIFF   PDF

---

**06/20/2024   [ TEXT ]**

FILE AFFIDAVIT OF MAILING AND AFFIDAVIT OF PROOF OF SERVICE OF PROCESS

Document Available (#1080385530)  TIFF   PDF

**EXHIBIT 3**