IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| CITIZEN POTAWATOMI COMMUNITY DEVELOPMENT CORPORATION,  )<br>)<br>)<br>Plaintiff,  )<br>)<br>v.  )<br>)<br>NATHAN O. BEAUCHAMP, et al.,  )<br>)<br>Defendants.  ) | Case No. CIV-24-00662-JD |

## ORDER

Before the Court is the Motion to Remand ("Motion") filed by the U.S. Small Business Administration ("SBA") [Doc. No. 35]. The Motion was filed on April 4, 2025, and the Court received no timely responses objecting to the remand. *See* LCvR7.1(g); *see also* Motion ¶ 4 ("At the meeting to discuss the Status Conference Memorandum and Discovery, all parties to the meeting agreed that a remand was in the best interest of justice and economy; thereby agreeing with the dismissal of the SBA as a party defendant.").

Plaintiff Citizen Potawatomi Community Development Corporation amended its complaint,[1] and the SBA is no longer a party to these proceedings, which was the only basis asserted for this Court's jurisdiction. *See* SBA's Notice of Removal [Doc. No. 1] (citing 28 U.S.C. § 1442(a)(1)). "When a petition is amended, the cause proceeds on the amended petition. So changes in parties, or changes in claims, effectively remake the suit.

---

[1] The Court deemed the complaint amended in its Order, and the First Amended Complaint is now the governing complaint in this action. *See* [Doc. Nos. 37, 38].

And that includes its jurisdictional basis: The reconfiguration accomplished by an amendment may bring the suit either newly within or newly outside a federal court's jurisdiction." *Royal Canin U. S. A., Inc. v. Wullschleger*, 604 U.S. 22, 35 (2025) (internal citation and quotation marks omitted).

With the SBA no longer a party to the action, the suit is outside this Court's jurisdiction. Consequently, the Court lacks subject-matter jurisdiction and remands the action under 28 U.S.C. § 1447(c) to the District Court of Pottawatomie County, State of Oklahoma, Case No. CJ-2024-00141, for further proceedings. The parties shall bear their own attorneys' fees, costs, and expenses related to the removal and remand.

IT IS SO ORDERED this 1st day of May 2025.

JODI W. DISHMAN
UNITED STATES DISTRICT JUDGE